

# BEVERLY CRUMLEY  HAYS COUNTY DISTRICT CLERK
Government Center, 712 S. Stagecoach Trail, Rm. 2211, San Marcos, Texas  78666
512/393-7660

**FILED**

*August 11, 2015*

**Third Court of Appeals**
**Jeffrey D. Kyle**
**Clerk**

To:    Jeffrey D. Kyle
Clerk, Court of Appeals
Third District of Texas
P. O. Box 12547
Austin, Texas  78711-2547
**via e-mail**


Re:    Appellate Court #03-15-00104CR
TC Cause # CR-15-0015-HC
Style:  State of Texas vs. Steven Hernandez


Dear Sir/Madam:

In accordance with Rule 51.2(a)(1) TRAP, I hereby acknowledge receipt of the mandate in the above entitled and numbered cause and have filed same on August 7, 2015.


Beverly Crumley
District Clerk, Hays County



By:    /s/  *Kathy Orlowski*
           Deputy